IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNA K. RENYER and
DAVID W. BLOIR

          Plaintiffs,

-vs-

PFIZER, INC.; PHARMACIA CORPORATION;
And G.D. SEARLE LLC (FKA G.D. SEARLE &
CO.),

          Defendants.

Civil No. 08-1343 JMR/FLN

**SUMMONS IN A**
**CIVIL FILE**

TO:  Pfizer, Inc.
     c/o CT Corporation System, Inc.
     Suite 1075 Fifth Street Towers
     100 South Fifth Street
     Minneapolis, MN 55401

Pharmacia Corporation
c/o CT Corporation System, Inc.
208 LaSalle Street, Suite 814
Chicago, IL 60604

G.D. Searle LLC
CT Corporation System, Inc.
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,  Martha K. Wivell, Esq., #0128090
                   Suite 1025 Fifth Street Towers
                   100 South Fifth Street
                   Minneapolis, MN 55402
                   Telephone: (612) 767-7500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN
Clerk

_A. Wilson_
Deputy Clerk

May 16, 2008
Date

IN RE:    Denna Renyer, et al. vs.. Pfizer, Inc., et al.
           Civil File No: 08 CV 1232 JMR/FLN

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                               )ss.
COUNTY OF HENNEPIN  )

Sandra A. Torkelson, of the County of Hennepin, State of Minnesota, states that on the 22nd day of May, 2008, she served the annexed Civil Cover Sheet, Summons and Complaint and Demand For Jury Trial on Defendant, Pfizer, Inc.,, therein named personally through their agent authorized to accept service on behalf of Pfizer, Inc. by handing to and leaving with Deb VanNess, Corporate Legal Operation Specialist, at their last known address:

        Pfizer, Inc.
        c/o CT Corporation System Inc.
        Suite 1075 Fifth Street Towers
        100 South Fifth Street
        Minneapolis, MN 55402

                                               _Sandra A. Torkelson_ (signature)
                                               Sandra A. Torkelson

Subscribed and sworn to before me

this 23 day of May, 2008.

STEPHEN J RANDALL
Notary Public - Minnesota
My Commission Expires 01/31/2009

_____
NOTARY PUBLIC