CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:08−cv−01343−JMR−FLN

Renyer et al v. Pfizer, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/16/2008
Date Terminated: 07/29/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Deanna K. Renyer** represented by **Elizabeth−NA L. Dudley**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark−NA B. Hutton**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
Attorney at Law
PO Box 339
Cook, MN 55723
218−666−0250
Email: mwivell@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David W. Bloir** represented by **Elizabeth−NA L. Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark−NA B. Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.** represented by

**Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**          represented by   **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**                represented by   **Erin M Verneris**
*formerly known as*                                 (See above for address)
G.D. Searle &Co.                                    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2008 | 1 | COMPLAINT against Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc. ( Filing fee $ 350 receipt number 4–23874.), filed by Deanna K. Renyer, David W. Bloir. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam) (Entered: 05/16/2008) |
| 05/16/2008 |   | Summons Issued as to Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc.. (jam) (Entered: 05/16/2008) |
| 05/23/2008 | 2 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by Deanna K. Renyer, David W. Bloir. Pfizer, Inc. served on 5/22/2008, answer due 6/11/2008. (Wivell, Martha) (Entered: 05/23/2008) |
| 06/04/2008 | 3 | ANSWER to Complaint by Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc.. (Price, Joseph) (Entered: 06/04/2008) |
| 06/04/2008 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc. that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 06/04/2008) |
| 06/04/2008 | 5 | CERTIFICATE OF SERVICE by Pharmacia Corporation, G.D. Searle LLC, Pfizer, Inc. re 4 Rule 7.1 – Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 06/04/2008) |
| 07/29/2008 | 6 | CERTIFIED COPY OF TRANSFER ORDER (CTO–104) transferring case to the Northern District of California for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Charles R. Breyer. (JME) (Entered: 07/29/2008) |
| 07/29/2008 |  | NOTICE that this case has been transferred/extracted to the Northern District of California. (JME) (Entered: 07/29/2008) |