**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Aug 11, 2008

Re: MDL 05–1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

Title of Case
Deanna K. Renyer et al -v- *Pfizer, Inc.* et al

Case Number
C.A. No.0 :08-1343

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred from the District of Minnesota to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Charles R. Breyer. We have given the action the individual case number *C 08-3742 to be followed by the initials CRB*.

    The parties are directed to go to this Court's Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
    MDL